UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
JERRY VERMILLION, VIVIAN WADE, JANE  :
WALDEN, LUCILE WARDELL, LARK         :
WARTENBERG, SHARON WATKINS, SARAH    :
WATSON, DEBBY WHITE, CAROLYN         :
WHITEHOUSE, WINNIE WILKES,           :
SHALNDRA SHONICE WILLIAMS, SHARON    :
WILLIAMS-ACTON, JERLINE WILSON,      :
PAMELA WINROW-ISLAM, MARILYN         :
WITHEY, PATRICIA WITTERS, TEDDY      :
YOUNG, VERNON YOUNG, JUDITH          :
ZIEGERT, DEBRA K. LANDRUM,           :
                                     :
     Plaintiffs.                     :     Civil Action
v.                                   :     No. 04-11365-GAO
                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;   :
WYETH, INC., F/K/A AMERICAN HOME     :
PRODUCTS CORPORATION; WYETH          :
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A      :
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER          :
INGELHEIM PHARMACEUTICALS, INC.,     :
                                     :
     Defendants.                     :
------------------------------------ x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 7, 2004
    Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
  Boehringer Ingelheim Pharmaceuticals, Inc