UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
JERRY VERMILLION, VIVIAN WADE, JANE :
WALDEN, LUCILE WARDELL, LARK
WARTENBERG, SHARON WATKINS, SARAH :
WATSON, DEBBY WHITE, CAROLYN
WHITEHOUSE, WINNIE WILKES, :
SHALNDRA SHONICE WILLIAMS, SHARON
WILLIAMS-ACTON, JERLINE WILSON, :
PAMELA WINROW-ISLAM, MARILYN
WITHEY, PATRICIA WITTERS, TEDDY :
YOUNG, VERNON YOUNG, JUDITH
ZIEGERT, DEBRA K. LANDRUM, :

    Plaintiffs, : Civil Action
v. : No. 04-11365-GAO

:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :

    Defendants. :
------------------------------------- x

**<u>NOTICE OF APPEARANCE</u>**

    Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  September 15, 2004<br>          Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |