UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JERRY VERMILLION, VIVIAN WADE, JANE      :
WALDEN, LUCILE WARDELL, LARK
WARTENBERG, SHARON WATKINS, SARAH        :
WATSON, DEBBY WHITE, CAROLYN
WHITEHOUSE, WINNIE WILKES,               :
SHALNDRA SHONICE WILLIAMS, SHARON
WILLIAMS-ACTON, JERLINE WILSON,          :
PAMELA WINROW-ISLAM, MARILYN
WITHEY, PATRICIA WITTERS, TEDDY          :
YOUNG, VERNON YOUNG, JUDITH
ZIEGERT, DEBRA K. LANDRUM,               :

        Plaintiffs,                      :       Civil Action
v.                                       :       No. 04-11365-GAO

INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,         :

        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: September 15, 2004<br>       Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |